ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2014 AUG 18  AM 10: 28

| UNITED STATES OF AMERICA | NO. |
| --- | --- |
| v. | 3-14CR-312-K |
| ISAAC ELIZARRARAS | |

INFORMATION

The United States Attorney Charges:

Count One
Transfer of Obscene Material to Minor
(Violation of 18 U.S.C. § 1470(b))

On or about January 15, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Isaac Elizarraras**, knowingly used his Apple iPhone and the internet, which are a facility and means of interstate and foreign commerce, and transferred to another individual who had not attained the age of sixteen years, obscene matter, to wit:

Elizarraras used his Kik screen name JEtsfoo16, a/k/a "Bubba," and messaged to a minor under the age of 16 years, the following described image:   a photo of an adult male's erect penis.

In violation of 18 U.S.C. § 1470(b).

Information - Page 1

<u>Notice of Forfeiture</u>
(18 U.S.C. § 2428)

Upon conviction for either of the offenses alleged in this Indictment and pursuant to 18 U.S.C. § 2428(a), the defendant, **Isaac Elizarraras**, shall forfeit any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the respective offense; and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the respective offense.  This property includes, but is not limited to, the following:

One Apple iPhone s/n 840154EP3NP and one Samsung model G6730A, s/n 55A0B489, seized from Elizarraras on February 14, 2014.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Email:   camille.sparks@usdoj.gov